IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| MARCUS SPINKS, 209578, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:05-cv-241-F |
| ) | WO |
| GWENDOLYN C. MOSLEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 8, 2005 (Doc. #3), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for the petitioner's failure to comply with the order of this court.

DONE this 27th day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE